UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

GLENFORD HARDY,

　　　Plaintiff,

　　　v.                                                     Case No. 3:21-CV-800-CCB

NORFOLK SOUTHERN RAILWAY
COMPANY,

　　　Defendant.

-FILED-
IN OPEN COURT

NOV 2 1 2024

At _____ M
Chandra J. Berta, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

### VERDICT FORM

What sum of money do you find to be the total of Glenford Hardy's damages?

　　　1.　　Lost Earnings:　　$ _3.2 million_

　　　2.　　Pain and Suffering and
　　　　　　Loss of Normal Life　$ _11.8 million_

　　　**TOTAL** (add lines 1 and 2):　$ _15 million_

Date: _11-21-2024_

_Kimberly Marshman_
Signature of Presiding Juror

SO ORDERED.

November 21, 2024

_/s/ Cristal C. Brisco_
CRISTAL C. BRISCO, JUDGE
UNITED STATES DISTRICT COURT