# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

| | |
|---|---|
| GLENFORD HARDY ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. 3:21-CV-800-CCB |
| NORFOLK SOUTHERN RAILWAY COMPANY ) | |
| *Defendant* ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ **the plaintiff** *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ **other:** Jury returned a verdict AWARDING Plaintiff Glenford Hardy Lost Earnings in the amount of $3,200,000.00 (Three million two hundred thousand dollars) and Pain and Suffering and Loss of Normal Life in the amount of $11,800,000.00 (Eleven million eight hundred thousand dollars) against Defendant Norfolk Southern Railway Company.

This action was *(check one)*:

☑ **tried by a jury with Judge** Cristal C. Brisco presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____ .

Date: 11/21/2024

Chanda J. Berta
*CLERK OF COURT*

by E. Burns
*Signature of Clerk or Deputy Clerk*