UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| GLENFORD HARDY, <br><br> Plaintiff, <br><br> v. <br><br> NORFOLK SOUTHERN RAILWAY COMPANY, <br><br> Defendant. | Case No. 3:21-CV-800-CCB |

## ORDER

Pursuant to the Stipulation to Dismiss (ECF 121) and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this case is **DISMISSED** with prejudice, costs paid. The Clerk is **DIRECTED** to close this case.

SO ORDERED on April 3, 2025.

　　　　　　　　　　　　　　　　　　　　　/s/*Cristal C. Brisco*
　　　　　　　　　　　　　　　　　　　　　CRISTAL C. BRISCO, JUDGE
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT